UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:23-cv-00528-SVW-KES                                        Date: June 22, 2023

Title: LUIS FERNANDO HERNANDEZ GARCIA v. ALEJANDRO MAYORKAS

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order to Show Cause ("OSC") Why Motion to Dismiss (Dkt. 14) Should not be Granted

On 5/31/23, Respondent moved to dismiss the Petition for Writ of Habeas Corpus by a Person in Federal Custody under 28 USC § 2241). (Dkt. 14.) Petitioner's opposition was due 6/20/23. (Dkt. 12.) Petitioner failed to file a timely opposition. The Court, therefore, orders Petitioner to show cause, if any he has, why Respondent's motion to dismiss should not be granted as unopposed. Petitioner may discharge this OSC by (1) filing an opposition **no later than 6/30/23** or (2) voluntarily dismissing the Petition. Any opposition should address Martinez v. Clark, 36 F.4th 1219 (9th Cir. 2022). It should also provide the current status of Petitioner's Ninth Circuit appeal and state whether/when Petitioner became subject to a final removal order.

Initials of Deputy Clerk JD